A06A1786. ATHENS NEWSPAPERS, LLC v. UNIFIED GOVERNMENT OF ATHENS-CLARKE COUNTY.

(667 SE2d 405)

ELLINGTON, Judge.

In *Unified Govt. of Athens-Clarke County v. Athens Newspapers*, 284 Ga. 192 (663 SE2d 248) (2008), the Supreme Court of Georgia reversed Division 1 of this Court's opinion in *Athens Newspapers v. Unified Govt. of Athens-Clarke County*, 284 Ga. App. 465 (643 SE2d 774) (2007). Therefore, we vacate Division 1 of our earlier opinion and adopt the opinion of the Supreme Court as our own in its place. Our opinion in all other respects remains undisturbed.

*Judgment affirmed in part and reversed in part. Johnson, P. J., and Miller, J., concur.*

DECIDED SEPTEMBER 15, 2008.

*Hull, Towill, Norman, Barrett & Salley, David E. Hudson, Davis Dunaway*, for appellant.

*William C. Berryman, Jr.*, for appellee.